September 30, 2020

United States District Court
Western District of Michigan
Northern Division

Hon. Paul L. Maloney
U.S. District Judge

COMPLAINT

Department of Civil Rights

Claimant:
Ms. Rebecca Denofre

Address: 600 Altamont apt 302
Marquette, MI 49855

Telephone: 906-235-2674

Email:

Respondent:
FBI and all parties listed below

Address: 1025 Commerce Drive
Marquette, MI 49855

Telephone: 906-226-2058

Area of Discrimination: Public Accommodation/Public Service

I am a person with a disability and I believe I was denied service mostly on or around March 13, 2017 and September 30, 2019, due to my disability.

I requested services by telephone at the respondent's 1025 Commerce Drive Marquette, MI office on 03/13/2017 Called delusional

I requested services in person at the respondent's 1025 Commerce Drive Marquette, MI office on 09/30/2020 When a package was delivered to my apartment by UPS Ground. What don't you get? When all other law enforcement staff have told you that you are mental and delusional.

Denied service March 13, 2017

**FILED - MQ**
October 1, 2020 10:15 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc  SCANNED BY: 10/1/0

**2:20-cv-191**
Janet T. Neff - U.S. District Judge

On or around September 30, 2019, the respondent's FBI agents refused to file a FBI report or conduct an investigation, and made negative comments regarding my disability.

Agents refused identities

This complaint is based on the following Law:
Michigan Persons with Disabilities Act No. 220, Public Acts of 1976, as amended

I swear or affirm that the above complaint and that it is true.

*Rebecca J. Denofre*

Signature of charging party/claimant

Hon. Paul L. Maloney their like the Proud Boy. We need to bridge the gap between the men and women in blue and our communities. Willing to have tough discussions, and move policing to be more transparent, to build trust in the community, to build and to insure that ALL persons are treated fairly and equitably. I am of a victim of Police Misconduct.

FBI field office and agents Aiding and Abetting

And denied me services or conduct an investigation

State of Michigan Post, 180 U.S. 41 East Negaunee, MI 49866

City of Marquette and Mayor, City Manager Mike Angelli

Mr. Matthew Weise, Andrew Griffin and Jill Simms 234 W. Baraga Ave. Marquette, MI 49855

Marquette County Sheriff 236 W. Baraga Ave. Marquette, MI 49855 Sheriff Gregory S. Zyburt and deputies

Marquette Police Department 300 W. Baraga Ave. Marquette, MI 49855 Chief Blake Rieboldt, Captain of Patrol Operations Mike Laurila and Clerical Dispatcher Elizabeth Paupore

City of Negaunee and Mayor, City Manager Heffron

Negaunee Police Department 319 W Case St Negaunee, MI 49866 Chief Jay Frusti, Chief Pat Ketola, David Salbert and an officer who will not provide his identity was told I would have to talk to Attorney Jeremy Pickens.

City of Ishpeming and Mayor, City Manager

Ishpeming Police Department 100 E. Division St. Ishpeming, MI 49849 Police Chief Steve Snowaert, Detective Chad Radabaugh, Officer Justin Bianco