UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

REBECCA SUZANNE DENOFRE,

    Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION, et al.,

    Defendants.

_____/

Hon. Janet T. Neff

Case No. 2:20-cv-191

## ORDER TO PROCEED IN FORMA PAUPERIS

IT IS ORDERED that Plaintiff may commence this action without prepayment of fees or costs or security therefor. Any pleadings herein served by the United States Marshal shall be at the expense of the United States government. All costs shall be reimbursed to the United States government should the Plaintiff prevail.

IT IS FURTHER ORDERED that Plaintiff shall serve upon Defendants or, if appearance has been entered by an attorney, upon the attorney, a copy of every further pleading or other document submitted for consideration by the Court. The Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the date a true and correct copy of any document was mailed to Defendants or the attorney(s). Any paper received by a District Judge or Magistrate Judge which has not been filed with the Clerk or which fails to include a certificate of service will be disregarded by the Court.

Date:  October 4, 2020
mlc

/s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. Magistrate Judge